UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11-cv-571-RJC

| | |
|---|---|
| CHARLES EVERETTE HINTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| REBECCA C. EVANS, et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

**THIS MATTER** comes before the Court on initial review of Plaintiff's pro se Complaint filed on November 10, 2011, pursuant to 42 U.S.C. § 1983. (Doc. No. 1).

The Prisoner Litigation Reform Act ("PLRA") makes clear that "[i]n no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g). This subsection is known as the "three strikes" provision of the PLRA.

Court records indicate that Plaintiff has been a frequent filer in this Court, having filed over 16 civil law suits. By Order dated March 24, 2009, this Court determined that Plaintiff is a "three striker."[1] With respect to the instant case, Plaintiff has not demonstrated that he is under imminent danger of serious physical injury. Therefore, his Complaint must be dismissed without prejudice.

---

[1] See Hinton v. Curran, et al., 3:09-cv-110, Doc. No. 2.

**IT IS, THEREFORE, ORDERED** that:

(1)   Plaintiff's Complaint is **DISMISSED** pursuant to 29 U.S.C. § 1915(g);

(2)   Plaintiff's Application to Proceed *In Forma Pauperis* is **DENIED**;

(3)   The Clerk is directed to send a copy of this Order to the pro se Plaintiff.

Signed: November 29, 2011

Robert J. Conrad, Jr.
Chief United States District Judge