# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette Hinton,

    Plaintiffs,                             JUDGMENT IN A CIVIL CASE

vs.                                           3:11-cv-571-RJC

Rebecca C. Evans, et al.,

    Defendants.

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                        Signed: November 29, 2011

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court