# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Charles Everette Hinton,

    Plaintiffs,                              JUDGMENT IN A CIVIL CASE

vs.                                              3:11-cv-571-RJC

Rebecca C. Evans, et al.,

    Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 29, 2011 Order.

                                                Signed: November 29, 2011

                                                */s/ Frank G. Johns*

                                                Frank G. Johns, Clerk
                                                United States District Court